THOMAS E. WILLOUGHBY (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

07 CV 2988

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACCAFERRI, INC.,

      Plaintiff,

 - against -            Rule 7.1 Statement

M/V "MSC TASMANIA", *in rem*, Mediterranean
Shipping Company, S.A., Geneva, and
Tasmania S.A., *in personam*

      Defendants.
------------------------------------------------------------X

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

    Maccaferri, Inc.
    Gruppo Industriale Maccaferri

Dated: New York, New York
   April 13, 2007

         HILL RIVKINS & HAYDEN
         Attorneys for Plaintiff,

         By: _____
         Thomas E. Willoughby (TW4452)
         45 Broadway, Suite 1500
         New York, New York 10006
         (212) 669-0600