```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
MACCAFERRI, INC.,                    :
                                     :   07 Civ. 2988 (VM)
                    Plaintiff,       :
                                     :
        -against-                    :   ORDER
                                     :
M/V MSC TASMANIA et al.,             :
                                     :
                    Defendants.      :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants Tasmania, S.A. and Mediterranean Shipping Company herein on April 23, 2007 and that the answer of these defendants to the complaint was due by May 14, 2007. The Court's public file for this case contains no record that such answer has been made and that no other defendant has been served. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by July 25, 2007 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           17 July 2007

                                            _____
                                                    VICTOR MARRERO
                                                       U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07
```