```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
MACCAFERRI, INC.,                      :
                                       :   07 Civ. 2988 (VM)
              Plaintiff,               :
                                       :
     -against-                         :   ORDER
                                       :
M/V MSC TASMANIA et al.,               :
                                       :
              Defendants.              :
---------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

By Order dated July 17, 2007, having noted that no defendants in this case had answered the complaint, and that no correspondence with the Court or other proceedings had been recorded in this action since the service of the complaint on two defendants, the Court directed that by July 25, 2007 plaintiff herein clarify the status of this action and plaintiff's contemplation with respect to further proceedings herein. The Court indicated that in the event no timely response had been made to this Order by the date indicated the Court may direct that the action be dismissed and the case closed. A review of the Docket Sheet for the matter indicates no response to the Court's July 17, 2007 Order. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to close this case, provided that within ten (10) days of the date of this Order plaintiff, for good cause shown, may request reinstatement of the action to the Court's active docket. In the event no such timely request is made the case shall be deemed dismissed with prejudice.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-07

SO ORDERED.

Dated:     New York, New York
           27 July 2007

                                              _____
                                                  VICTOR MARRERO
                                                     U.S.D.J.