# HILL RIVKINS & HAYDEN LLP

R HILL
RIVKINS

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                  e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

July 27, 2007

Via Fax (212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1000718

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 8'2-07               │
└─────────────────────────────────┘
```

Re:   Maccaferri, Inc. vs. M/V MSC TASMANIA, *et al.*
      Court Index No. 07 Civ. 2988(VM)
      Our File No. 29503-TEW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Honorable Sir:

In reference to the captioned matter and to the Order of the Court signed and filed on July 17, 2007, we take this opportunity to report the status. We are continuing to negotiate possible settlement of this mater with the New York office for Mediterranean Shipping Company. Their most recent request was for color copies of the photographs included in the report of the surveyor. These were furnished to Mediterranean Shipping Company on July 18, 2007. At the present time we are awaiting an offer of settlement from the company.

It is the belief of the undersigned who represents cargo in this case that the matter can be settled and in this connection we request a further adjournment of sixty (60) days within which to enter such settlement.

We trust the Court will look with favor upon our request.

Very respectfully,

HILL RIVKINS & HAYDEN LLP

Thomas E. Willoughby

TEW:mgw
29503-004-COURT

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 938-0500 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910 Fax: (916) 859-4911

The Honorable Victor Marrero
United States District Judge
July 27, 2007
Page Two


cc:    Via Fax (212) 764-1352
       Ms. Marta Waclawek  (Your File: MSC NY 5786)
       USNYC Claims Assistant Manager
       Mediterranean Shipping Company (USA) Inc.

Cc:    Via Fax (212) 764-1352
       N. Kirpalani
       USNYC Claims Manager
       Mediterranean Shipping Company (USA) Inc.

Cc:    Via Fax (212) 764-1352
       Massimo Paternoster
       USNYC Cargo Claims Dept.
       Mediterranean Shipping Company (USA) Inc.

> The Court acknowledges receipt
> of plaintiff's response to the Court's
> Order dated 7-17-07. Plaintiff
> is directed to inform the Court
> with 60 days of this Order about the
> status of the settlement discussions
>
> **SO ORDERED:** referred to Sheen. The
> Court will enter the order if needed.
>
> 8-1-07
> **DATE**        **VICTOR MARRERO, U.S.D.J.**


HILL
RIVKINS