*Marrero, J*

Thomas E. Willoughby (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MACCAFERRI, INC.,

            Plaintiff,

- against -

M/V "MSC TASMANIA", *in rem*, Mediterranean
Shipping Company, S.A., Geneva, and
Tasmania S.A., *in personam*

           Defendants.
-------------------------------------------------------------X

Index No.
07 Civ. 2988 (VM)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

No answer having been filed and a settlement agreement having been reached, this action is hereby discontinued as to all parties pursuant to Fed. R. Civ. P. 41 (a)(1)(i) without prejudice and without costs against defendants, and it is hereby

ORDERED that the same be and hereby is dismissed against the said defendants without prejudice and without costs.

Dated: September 10, 2007

                                        HILL RIVKINS & HAYDEN LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                        Thomas E. Willoughby (TW4452)
                                        45 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600

SO ORDERED: 10 September 2007

_____
VICTOR MARRERO
United States District Judge

1